**KGG Law**
Kantrowitz Goldhamer Graifman
Perlmutter & Carballo P.C.
www.kgglaw.com

New Jersey
135 Chestnut Ridge Rd, Suite 200
Montvale, NJ 07645
T: 201.391.7000 F: 201.307.1086

New York
16 Squadron Blvd, Suite 106
New City, NY 10956
T: 845.356.2570 F: 845.356.4335

September 3, 2026

**VIA CM/ECF**

Magistrate Judge Cari Fais
United States District Court, District of New Jersey
Martin Luther King Jr, Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

***Re:*** ***Argelis Ortega, et al. v. Holy Name Medical Center, Inc.***
**Case No. 2:26-cv-07393-CCC-CF**

Dear Judge Fais:

Plaintiffs respectfully request an extension of the briefing schedule for Defendant Holy Name Medical Center, Inc.'s Motion to Dismiss (ECF No. 17), which is presently returnable on September 21, 2026. Defendant consents to this request.

The parties have agreed to the following proposed schedule, which corresponds with the Court's motion calendar:

Plaintiffs' Opposition: October 19, 2026
Defendant's Reply: November 2, 2026
Motion Date: November 16, 2026

We respectfully request that the Court approve the foregoing schedule.

Sincerely,

Melissa R. Emert

Melissa R. Emert

cc: Counsel of Record via ECF

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/4/2026